JOHN J. CLAASEN, Respondent, *v.* EDELBRAU BREWERY, INC., Appellant.

Reported below, 265 App. Div. 864.
Submitted November 30, 1942; decided December 10, 1942.

*Bertrand Ettinger* for motion.

*George Kent Weldon* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.

2018 SEVENTH AVE., INC., Respondent, *v.* NACH-HAUS LEASING CORPORATION, Appellant.

Reported below, 264 App. Div. 834.
Submitted December 7, 1942; decided December 10, 1942.

*David Seid* for motion.

*T. E. Purcell* opposed.

Motion denied. (See 289 N. Y. 490, 650.)